DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA VELOZ,**
Appellant,

v.

**INTEGON NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D19-3426

[October 21, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 18-029315(05).

Erin M. Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

George M. Duncan and Joseph W. Gelli of Garrison, Yount, Forte & Mulcahy, L.L.C., Tampa, for appellee.

PER CURIAM.

*Affirmed. See Goins v. Praetorian Ins. Co.,* 5D18-3546, 2020 WL 5264536 (Fla. 5th DCA Sept. 4, 2020).

GROSS, MAY and KUNTZ, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*